In the Matter of the Petition of WILLIAM W. FARLEY, as State Commissioner of Excise, Respondent, *v.* JOHN W. SAGE et al., Comprising the Firm of JONES & MALONEY, Appellants.

(Submitted June 12, 1916; decided June 16, 1916.)

Motion for re-argument denied, with ten dollars costs. (See 217 N. Y. 684.)